1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 RUSSELL A. DAVIS,

CASE NO. 07cv339 WQH (RBB)

12                                    Plaintiff,

**ORDER DISMISSING ACTION**

        vs.

13                                                     (Doc. # 9)

WINDHAM PROFESSIONALS, a
14 Massachusetts corporation; BECKY
WALKER, an indivual, and DOES 1-10,
15 inclusive,

16                                    Defendants.

17

18          The Joint Motion to Dismiss Entire Action with Prejudice (Doc. # 9) is **GRANTED**.  This

19 action is dismissed in its entirety, as follows: (1) all claims and causes of action as to Plaintiff Russell

20 A. Davis, as an individual, are **DISMISSED WITH PREJUDICE**; and (2) all claims and causes of

21 action as to any class or class action are **DISMISSED WITHOUT PREJUDICE**.  The Clerk of the

22 Court shall enter judgment.

23 DATED:  June 14, 2007

24                                         _William Q. Hayes_
                                              **WILLIAM Q. HAYES**
25                                         United States District Judge

26

27

28